JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

        Petitioner,

    v.

CDCR STAFF,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)

NO. CV 25-11910 JAK (KS)

JUDGMENT

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:    January 26, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE