**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERTO HERRERA, | ) | NO. CV 25-11910 JAK (KS) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED |
| CDCR STAFF, | ) | STATES MAGISTRATE JUDGE |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections thereto, and all records herein. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that Petitioner's untimely Motion for an extension of time to file objections in this closed habeas matter [Dkt. No. 9] is **DENIED**.

IT IS SO ORDERED.

DATED: March 13, 2026      _____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE